THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------X
REMINGTON & VERNICK ENGINEERS, INC.,

                Plaintiff,

     -against-

THE PHOENIX INSURANCE COMPANY,

                Defendant.
-------------------------------------------------------------------X
THE PHOENIX INSURANCE COMPANY,


                Third-Party Plaintiff,

     -against-

ASPEN AMERICAN INSURANCE COMPANY

                Third-Party Defendant.
-------------------------------------------------------------------X

Civil Action No. 1:25-cv-00623

**STIPULATION OF**
**DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice by Plaintiff, REMINGTON & VERNICK ENGINEERS, INC., against Defendant, THE PHOENIX INSURANCE COMPANY and by Third-Party Plaintiff, THE PHOENIX INSURANCE COMPANY against Third-Party Defendant, ASPEN AMERICAN INSURANCE COMPANY, including all cross and counter claims, without prejudice and without costs to any party, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
      July 22, 2025

**HARDIN, KUNDLA, McKEON &**
**POLETTO, P.A.**

/s/ Arthur A. Povelones, Jr.

_____

By: Arthur A. Povelones, Jr.
*Attorneys for Defendant/Third-Party Plaintiff*
*The Phoenix Insurance Company*
673 Morris Avenue
Springfield, NJ 07081
(973) 912-5222
apovelones@hkmpp.com

**CHARTWELL LAW**

*Jarett Warner*
_____

By: Jarett Warner, Esq.
*Attorneys for Plaintiff*
*Remington & Vernick Engineers, Inc. and*
*Third-Party Defendant Aspen American*
*Insurance Company*
One Battery Park Plaza, Suite 710
New York, New York 10004
(212) 968-2300
jwarner@chartwelllaw.com